UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SCHWARTZ,

       Plaintiff,                 Case No. 1:23-cv-1206

v.                                     Hon. Hala Y. Jarbou

SHEET METAL WORKERS' LOCAL
7 ZONE 1 PENSION PLAN, et al,

       Defendants.
_____/

**ORDER REOPENING CASE**
**AND**
**SETTING STATUS CONFERENCE**

On May 1, 2024, this case was stayed and administratively closed pursuant to the agreement of both counsel and the Court (ECF No. 23).  The parties having indicated that the administrative re-hearing has taken place and that the case is ready to proceed, the stay is hereby lifted and the Clerk of the Court shall reopen the case.

A video status conference is scheduled before the undersigned on **October 28, 2024, at 11:00 a.m.**  The Court will furnish the parties with the video link prior to the conference.

**IT IS SO ORDERED.**


Dated:  October 4, 2024                  /s/ Ray Kent
                                         RAY KENT
                                         United States Magistrate Judge